UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE PEREZ, | No. 2:24-cv-003469-DC-CKD (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| LAVELLE PARKER, | (Doc. No. 6) |
| Respondent. | |

Petitioner Lisa Marie Perez is a state prisoner proceeding *pro se* on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2025, the magistrate judge issued findings and recommendations recommending that Petitioner's petition be summarily dismissed for lack of jurisdiction. (Doc. No. 6.) The pending findings and recommendations were served on Petitioner and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id*. at 3.)

On March 31, 2025, Petitioner filed objections to the pending findings and recommendations. (Doc. No. 7.) In her objections, Petitioner continues to contend she should be resentenced under A.B. 600 and that her present sentence is "unlawful and excessive." (*Id*. at 2–3.) Petitioner's objections do not provide a basis upon which to reject the magistrate judge's findings and recommendations.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this
2   court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,
3   including Petitioner's objections, the court finds the findings and recommendations to be
4   supported by the record and by proper analysis.
5   Having concluded that the pending petition must be dismissed, the court also declines to
6   issue a certificate of appealability. A petitioner seeking writ of habeas corpus has no absolute
7   right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v.*
8   *Cockrell*, 537 U.S. 322, 335–36 (2003). If a court denies a petitioner's petition, the court may only
9   issue a certificate of appealability when a petitioner makes a substantial showing of the denial of
10  a constitutional right. 28 U.S.C. § 2253(c)(2). Where, as here, the court denies habeas relief on
11  procedural grounds without reaching the underlying constitutional claims, the court should issue a
12  certificate of appealability "if jurists of reason would find it debatable whether the petition states
13  a valid claim of the denial of a constitutional right and that jurists of reason would find it
14  debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529
15  U.S. 473, 484 (2000). In the present case, the court finds that reasonable jurists would not find the
16  court's determination that the pending petition must be dismissed due to lack of jurisdiction to be
17  debatable or wrong. Thus, the court declines to issue a certificate of appealability.
18  Accordingly,
19  1.   The findings and recommendations issued on March 19, 2025 (Doc. No. 6) are
20       ADOPTED in full;
21  2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is summarily dismissed
22       for lack of jurisdiction;
23  3.   The court declines to issue a certificate of appealability; and
24  /////
25  /////
26  /////
27  /////
28  /////

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 11, 2025**__  _____
Dena Coggins
United States District Judge

3